UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE CELESTE SCHULTZ,<br><br>                              Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>                              Defendant. | Case No. 20-cv-2196-MMA (BGS)<br><br>**ORDER REFERRING MATTER TO UNITED STATES MAGISTRATE JUDGE FOR REPORT AND RECOMMENDATION** |

On November 10, 2020, Marie Celeste Schultz filed this social security appeal challenging the denial of her "application for disability insurance benefits" pursuant to 42 U.S.C. §§ 405(g). Doc. No. 1 ¶¶ 3, 6–9. All matters in this social security appeal are hereby referred to United States Magistrate Judge Bernard G. Skomal for report and recommendation pursuant to Section 636(b)(1)(B) of Title 28 of the United States Code, and Civil Local Rule 72.1. *See* 28 U.S.C. § 636(b)(1)(B); CivLR 72.1.

**IT IS SO ORDERED**.

Dated: December 2, 2020

_____
HON. MICHAEL M. ANELLO
United States District Judge