UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE S.,<br><br>                          Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZKI, Acting Commissioner of Social Security,<br><br>                          Defendant. | Case No.: 20-cv-2196-MMA-BGS<br><br>**ORDER TO FILE STATUS REPORT** |

On November 10, 2020, Plaintiff Marie S. filed a Complaint seeking judicial review of a decision by the Commissioner of Social Security denying her application for disability benefits. (ECF No. 1.) On June 23, 2021, the Court issued an Order to Show Cause requiring Plaintiff to address whether Plaintiff had timely served the Complaint. (ECF 8.) Following Plaintiff's response and filing proof of serve on the United States Attorneys Office in San Diego, the Court discharged the OSC and granted Plaintiff's request for an extension of time to complete service. (ECF 12.) On August 7, 2021 and December 7, 2021 attorneys for Defendant filed notices of appearance. (ECF 11, 13.) However, the administrative record has not yet been filed.

Accordingly, the Court Orders Defendant to file a status report regarding the administrative record by **February 28, 2022**. It must indicate why the administrative

1  record has not been filed and when Defendant anticipates it will be filed. If the
2  administrative record is filed on or before February 28, 2022, Defendant is not required to
3  file a Status Report.

4  **IT IS SO ORDERED.**

5  Dated:  February 4, 2022

*[signature]*
Hon. Bernard G. Skomal
United States Magistrate Judge